NEAL M. COHEN (SBN 184978) (nmc@viplawgroup.com)
WILLIAM A. ENGLISH (SBN 193634) (wae@viplawgroup.com)
VALERIE L. SARIGUMBA (SBN 243713) (vls@viplawgroup.com)
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for Plaintiff
    Lawrence E. Tannas, Jr., dba Tannas Electronics

JEFFREY K. LEE, State Bar No. 212465
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Defendant
    Luxell Technologies, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tannas Electronics,<br><br>    Plaintiff,<br><br>        v.<br><br>Luxell Technologies,<br><br>    Defendant. | Case No. SA CV 11-00609 AG (MLGx)<br><br>**RULE 41 DISMISSAL OF ENTIRE ACTION**<br><br>Hon. Andrew Guilford |

Pursuant to F.R.Civ.P. Rule 41, Plaintiff, Lawrence E. Tannas, Jr., dba Tannas Electronics ("**TANNAS**"), hereby dismisses all claims in this action against defendant Luxell Technologies, Inc. ("**LUXELL**") without prejudice, and with the consent of **LUXELL**.

1

Pursuant to F.R.Civ.P. Rule 41, Counterclaimant **LUXELL** hereby dismiss all counterclaims in this action against counterclaim defendant **TANNAS**, without prejudice, and with the consent of **TANNAS**.

Upon filing of this Rule 41 dismissal, this entire action is dismissed.

                              Respectfully submitted,

September 28, 2012        **Vista IP Law Group LLP**

                              By: s/ Neal M. Cohen
                              Neal M. Cohen
                              Attorneys for **TANNAS**

September 28, 2012        **GCA Law Partners**

                              By: s/ Jeffrey K. Lee
                              Jeffrey K. Lee
                              Attorneys for **LUXELL**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **RULE 41 DISMISSAL OF ENTIRE ACTION** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒ By the Court's ECF system

☐ By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☐ By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐ By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for Defendant Luxell Technologies, Inc.**
Jeffrey K. Lee (jlee@gcalaw.com)
Kimberly A. Donovan (kdonovan@gcalaw.com)
TEL: (650) 428-3900
FAX: (650) 428-3901
GCA Law Partners
1891 Landings Drive
Mountain View, CA 94043

\*\*\*\*\*\*\*\*\*\*

Executed September 28, 2012, Irvine, California.

s/ Neal M. Cohen
Neal M. Cohen